UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Dorros v. C.R. Bard, Inc., et al.*
Case No. 2:19-cv-5383

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party and to Amend Short Form Complaint. (ECF No. 6.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Susan Danca was appointed the personal representative of Plaintiff's estate. (ECF No. 6-2.) Plaintiff now moves for the substitution of Susan Danca, as Personal Representative of the Estate of Theresa Dorros, as the proper plaintiff. (ECF No. 6.) Plaintiff's unopposed Motion to Substitute Party and to Amend Short Form Complaint is **GRANTED**. The Clerk is directed to substitute Susan Danca, as Personal Representative of the Estate of Theresa Dorros, as Plaintiff in place of Theresa Dorros.

**IT IS SO ORDERED.**

**1/24/2024**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**